IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:25-CV-00063-LAF-JEP

| | | |
|---|---|---|
| LEKEISHA BETHEA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFENDANT'S MOTION FOR |
| | ) | SUMMARY JUDGMENT |
| ATRIUM HEALTH WAKE FOREST | ) | (Fed. R. Civ. P. 56) |
| BAPTIST MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Atrium Health Wake Forest Baptist Medical Center ("Atrium") hereby moves for summary judgment in its favor on all claims asserted against it by Plaintiff and requests that the Court dismiss all of Plaintiff's claims with prejudice, on the grounds that the pleadings, depositions, answers to interrogatories, and declarations show that no genuine issues of material fact exist and that Atrium is entitled to summary judgment in its favor as a matter of law. In support of this Motion, Atrium relies on its Memorandum in Support and the exhibits thereto, all of which are filed simultaneously herewith and incorporated herein.

1

This the 22nd day of June 2026.

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

By:   */s/ Kerry A. Shad*
Kerry A. Shad
North Carolina State Bar No. 18410
Shameka C. Rolla
North Carolina State Bar No. 56584
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone:    (919) 821-6672
Facsimile:     (919) 821-6800
kshad@smithlaw.com
srolla@smithlaw.com

*Attorneys for Defendant*

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I served the foregoing document on Plaintiff by FedEx addressed to the following physical address and by email to the following email address:

Lekeisha Bethea
900 Arch St.
High Point, NC 27260
mightjoe4@gmail.com
*Plaintiff*

This the 22nd day of June 2026.

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.

By: */s/ Kerry A. Shad*
Kerry A. Shad
North Carolina State Bar No. 18410
Shameka C. Rolla
North Carolina State Bar No. 56584
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone:  (919) 821-6672
Facsimile:  (919) 821-6800
kshad@smithlaw.com
srolla@smithlaw.com

*Attorneys for Defendant*

3